IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEROGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDDIE DIXON, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) FILE NO.  1:22-CV-5154-MHC |
| v. | ) |
| | ) |
| THE KROGER CO., and 1160 | ) |
| MORELAND AVE, SE, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Rule 41(a)(1)(A)(ii), the parties hereto hereby stipulate to the dismissal of the above-styled action and all claims that were, or could have been asserted therein, with prejudice.

Respectfully submitted this 18th day of May, 2023.

**WOOD CRAIG MILLER**  
3520 Piedmont Road, N.E.  
Suite 280  
Atlanta, Georgia 30305  
Telephone: (404) 888-9962  
FAX: (470)552-3620  

*/s/ J. Blair Craig [Signed with Express Permission]*  
J. Blair Craig  
Georgia State Bar No.: 192850  
*Attorney for Plaintiff*

And

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**  
950 East Paces Ferry Road, N.E.  
Suite 1700 – Salesforce Tower Atlanta  
Atlanta, Georgia 30326  
Telephone:  (404) 870-7386  
Facsimile:   (404) 870-1033  

*/s/ Sarah Raquel L. Lisle*  
Matthew G. Moffett  
Georgia State Bar No.:  515323  
Sarah Raquel L. Lisle  
Georgia Bar No. 412593  
*Attorneys for Defendants.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing with the Clerk of Court using the Court's electronic filing-and-service system, which will send electronic notification to all parties having appeared of record in this action:

**J. Blair Craig, Esq.**
**Wood Craig Miller**
**3520 Piedmont Road NE, Suite 280**
**Atlanta, GA 30305**
*Attorney for Plaintiff*

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14-point font.

Dated this 18th day of May, 2023.

| | |
|---|---|
| **GRAY, RUST, ST. AMAND,** | |
| **MOFFETT & BRIESKE, L.L.P.** | */s/ Sarah Raquel L. Lisle* |
| 950 East Paces Ferry Road, N.E. | Matthew G. Moffett |
| Suite 1700 – Salesforce Tower Atlanta | Georgia State Bar No.: 515323 |
| Atlanta, Georgia 30326 | Sarah Raquel L. Lisle |
| Telephone: (404) 870-7386 | Georgia State Bar No.:412593 |
| Facsimile: (404) 870-1033 | *Attorneys for Defendants* |